FILED: May 17, 2018

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-1127

(5:17-cv-00072-MFU)

_____

NEXUS SERVICES, INC.

      Plaintiff - Appellant

v.

KIMBERLY SUE VANCE, in her official and individual capacity

      Defendant - Appellee

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*